UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TACOMA BORDEN AND ATTALIA BORDEN, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-00551 |
| FORT BEND COUNTY, TEXAS, AND INDIVIDUALLY, TROY NEHLS, JEFF KOVAR, GARZA, YOUNBGLOOD, D. EDWARDS, T. JAMES, T. GARRIQUES, GANEY, CONGER, GRAHAM, PEDONE, F. BAIN, GUIDRY-AUGUST, HOLMAN, KLOEBER, NARINSINGH, RAINS, RABIUS, AND JOHN AND JANE DOE, | § § § § § § § § § § | |
| Defendants. | § | |

## DECLARATION OF STEVEN M. CROFT, M.D.

My name is Steven M. Croft, M.D. I am over 18 years of age, of sound mind, capable of making this Declaration, and have personal knowledge of the facts herein stated:

1. I am a physician licensed to practice in Texas and a Board Certified Neurologist. A true and correct copy of my Curriculum Vitae, attached hereto as Exhibit B, is incorporated herein by reference as if set forth in full and further details my qualifications and experience.

2. As a licensed physician and Board Certified Neurologist, I carefully reviewed the medical records pertaining to this case which are identified in this Report. A copy of my Report, attached hereto as Exhibit A, is incorporated herein by reference as if set forth in full. The Report also provides a summary of my opinions. The opinions contained in my report are based on my knowledge, education, training, and experience; are supported by the records reviewed in this case; and, are based upon reasonable medical probability.

In accordance with 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2-25-21___

_____
Steven M. Croft, M.D.

4831-5310-4350.1

## STEVEN M. CROFT, M.D., P.A.

**Board Certified Neurology**
7777 Southwest Freeway, Suite 540
Houston, Texas 77074
713-772-7300
Fax 713-772-1364

January 11, 2021

Amber Pickett
Lewis, Brisbois
2100 Ross Ave., Suite 2000
Dallas, TX 75201
Via Email: Amber.pickett@lewisbrisbois.com

RE:    *Borden v. Fort Bend County Texas, et al.*; Civil Action No. 4:19-CV-00551

Dear Ms. Pickett:

Thank you for asking me to review the medical records regarding Tacoma Thompson Border.

RECORDS REVIEWED:  In preparing this report, I have reviewed the following records:
1. CVS Pharmacy;
2. Wellpath;
3. Harris Health System;
4. Memorial Hermann
5. Retinal Consultants;
6. Texas State Optical;
7. History of jail narratives;
8. Sargent Youngblood reply to grievance from inmate Thompson.

QUALIFICATIONS:  I am a physician licensed to practice medicine in the state of Texas and a neurologist certified in neurology by the American Board of Psychiatry and Neurology.  I attended Texas A&M University where I received my undergraduate degree in biology.  I then attended the University of Texas Medical School at Houston where I received my Doctor of Medicine degree.  I subsequently completed a one year internship in internal medicine at the Baylor College of Medicine affiliated hospitals.  This was followed by a residency in neurology which I completed in 1990.

Since completing my residency, I have been employed in private practice in Southwest Houston.  Initially I was a member of a group practice Memorial Neurological Association.  Since 2001, I have been in my own solo practice, Steven M. Croft, M.D., P.A.

In addition to seeing patients full time in my office, I also serve as Medical Director for The Epilepsy Foundation and I also serve as a consultant to the Richmond, Brenham, and Austin state supported living centers.

In the course of my practice, I have treated many individuals with seizure disorders.  I am, therefore, qualified to render an opinion in this case based upon my education, training and experience.   Please see my CV which is attached to this report.

**www.doctorcroft.com**

# Exhibit A

RE: Tacoma Thompson Borden
January 11, 2021
Page 2

SUMMARY: Ms. Tacoma Thompson Borden was arrested and taken to jail in Fort Bend County on April 29, 2018 at 5:14 p.m. Medical history was obtained during the intake process. At that time, it was noted that Ms. Borden took Keppra 1000 mg b.i.d. for seizure disorder.

The Fort Bend County jail records further reflect that generic Keppra 500 mg two p.o. b.i.d. was ordered on May 1, 2018 at 7:16 p.m. The first dose of Keppra was administered May 1, 2018 at 9:08 p.m. and subsequently twice a day until May 9, 2018 at 8:30 a.m.

Ms. Borden was subsequently transferred to Harris County jail where she had a seizure on May 11. She was noted to have been compliant on her medications and had received a dose of 1000 mg of Keppra that morning. I note, however, that her previous records from Memorial Hermann Hospital note that she had not been compliant with her Keppra in the past. I also note from the CVS records that the last time the Keppra was filled was for a one-month supply on February 28, 2018. Unless she obtained the Keppra from another source, her Keppra should have run out at the end of March. Ultimately, the physicians at Ben Taub Hospital diagnosed her with conversion disorder and psychogenic seizures.

In conclusion, Ms. Borden was jailed in Fort Bend County from April 29, 2018 through May 9, 2018. She received her Keppra starting on May 1, 2018 and it was administered until she was transferred. Ms. Borden had no significant injury due to any seizure which occurred while she was jailed in Fort Bend County jail.

OPINION: The standard of care with regard to treating an individual with known epilepsy is that antiseizure medication which has been prescribed should be administered in order to reduce the risk of seizure. Ms. Borden entered the Fort Bend jail on April 29, 2018, which was a Sunday. She received her first dose of Keppra in the evening of May 1. This delay was not unreasonable. It is my opinion that the medical personnel at the Fort Bend County jail met the standard of care with regard to the treatment of Ms. Borden's seizure disorder. It is also my opinion that as a result of the seizures which Ms. Borden had between April 29 and May 11 did not result in any significant injury to Ms. Borden.

All statements in this report have been made in reasonable medical probability. I reserve the right to amend this report if further information becomes available.

Thank you again for asking me to review these records. If you have any further questions, please do not hesitate contacting me.

Sincerely yours,

Steven M. Croft, M.D.

SMC:dym

# STEVEN M. CROFT, M.D., F.A.A.N.
Board Certified Neurology
7777 Southwest Freeway, Suite 540
Houston, Texas 77074
713-772-7300
Fax 713-772-1364

## CURRICULUM VITAE

BIRTHDATE:            July 10, 1958

BIRTHPLACE:          Houston, Texas

MARITAL STATUS:     Married, March 31, 1985
                     Three children.

EDUCATION:

| | |
|---|---|
| 1986 | M.D. – University of Texas Medical School at Houston |
| 1980 | B.S. – Cum laude in Biology, Texas A&M University, College Station, Texas |

POSTGRADUATE TRAINING:

| | |
|---|---|
| 1987-1990 | Residency in Neurology – Baylor College of Medicine Affiliated Hospitals – Houston, Texas |
| 1986-1987 | Internship in Internal Medicine – Baylor College of Medicine Affiliated Hospitals – Houston, Texas |

HOSPITAL STAFF APPOINTMENTS:

| | |
|---|---|
| 1990-2017 | Active Staff, Memorial Hermann Southwest Hospital |
| 2017 | Refer and Follow Staff, Memorial Hermann Southwest |
| 2017 | Consulting Staff, Methodist Sugarland Hospital |

LICENSURE:
                     1987, Texas

BOARD CERTIFICATION:

| | |
|---|---|
| June 1993 | American Board of Psychiatry & Neurology Certified, Certificate #37927 |

www.doctorcroft.com

Rev. 2/20/2019

Steven M. Croft, M.D.
Curriculum Vitae
Page 2

PROFESSIONAL SOCIETY MEMBERSHIPS:

Association of American Physicians and Surgeons
American Academy of Neurology
American Association of Neuromuscular and Electro-
diagnostic Medicine
Harris County Medical Society
Texas Medical Association
Texas Neurological Society

HONORS AND AWARDS:

Dr. Henry R. Viets Medical Student Research
Fellowship, sponsored by the Myasthenia Gravis
Foundation.

Scholarship awarded by Hadassah Medical
Organization to pursue elective at Hebrew
University Medical School, Ein Kerem, Israel
Under supervision of Dr. Oded Abramsky.

Member in Phi Eta Sigma Freshman Honor Society,
Texas A&M University.

RESEARCH EXPERIENCE:

"Localization of Spinal Cord Neuropeptides in
ALS," Histochemistry of Laryngeal Muscles," and
"Thymectomy for Myasthenia Gravis" – under the
supervision of Dr. Bernard Patten, Department of
Neurology, Baylor College of Medicine

COMMUNITY SERVICE

2010-2012                    President, Congregation Beth Yeshurun, Houston,TX

Steven M. Croft, M.D.
Curriculum Vitae
Page 3

PUBLICATIONS AND
PRESENTATIONS:

> Patten BM, Croft, SM:  Spinal Cord Substance P
> In Amyotrophic Lateral Sclerosis.  In Rose FC Ed.
> Research Progress in Motor Neuron Disease.
> London:  Pitman Publishing, 283-289, 1984.
>
> Croft SM, Patten BM: Thymectomy for Myasthenia Gravis
> in People over age 50. Ann Neurol:  16:123, 1984.
> Presented at the 109[th] Annual Meeting of the American
> Neurological Association, October, 1984, Baltimore,
> Maryland and at the Annual Meeting of the Myasthenia
> Gravis Foundation, November, 1984, New York City

ADMINISTRATIVE APPOINTMENT:

| | |
|---|---|
| 2009-2010 | Co-Director, Stroke Service, Memorial Hermann Southwest |
| 2009-2010 | Chair, Neurology Section, Memorial Hermann Southwest |
| 2009-2010 | Chair, Neuroscience Service Line, Memorial Hermann Southwest |
| 2009-2010 | Member, Physicians Operating Council, Memorial Hermann Southwest |

PROFESSIONAL POSITIONS:

| | |
|---|---|
| 2013 – Present | Medical Director, Epilepsy Foundation of Gulf Coast |
| 2012 – Present | Consultant, Austin State Supported Living Center |
| 2008 – Present | Consultant, Brenham State Supported Living Center |
| 2006 – Present | Consultant, Richmond State Supported Living Center |
| 2011 – 2018 | Medical Advisory Board, Houston Area Parkinson Society |

Steven M. Croft, M.D.
Curriculum Vitae
Page 4

PROFESSIONAL PRACTICE:

    11/2001 – Present    Private Practice, Steven M. Croft, M.D., P.A.

    1990 – 11/2001    Private Practice, Memorial Neurological Association

# STEVEN M. CROFT, M.D., P.A.

**Board Certified Neurology**
7777 Southwest Freeway, Suite 540
Houston, Texas 77074
713-772-7300
Fax 713-772-1364

## DEPOSITION OR TRIAL TESTIMONY (2015 to 2020)

1. [Donna Riley] v. Walmart
   Judicial Workplace Arbitrations
   Cause No. JWA 806A 2014
   Year: 2016 | Deposition

2. Earl Grant v. [Banes Contracting]
   In the District Court of El Paso, Texas, 448th Judicial District
   Cause No. 2009-2921
   Year: 2017 | Deposition

3. [Asif K. Pirzada and Rubina Pirzada] v. Richardson Stevedoring and Logistics Services, Inc.
   and Glenn Pl Lemons, West Gulf Maritime Association, and International Longshoremen's
   Association Local 28
   In the District Court of Harris County, Texas, 333rd Judicial District
   Cause No. 2014-41353
   Year: 2017 | Deposition

4. [Laura Arena] v. Eric Todd Moser, M.D. and Cornerstone HealthCare, P.A.
   Superior Court Division, Guilford County, State of North Carolina
   Cause No. 16 CVS 923
   Year: 2017-2018 | Deposition/Trial

5. [Dana Thompson] v. Abbott Labs
   U.S. Court for the Southern District of Illinois East St. Louis Division
   Cause No. 3:18-cv-00035
   Year: 2018 | Deposition

6. Hanna v. [Mutual of Omaha]
   U.S. District Court of South Carolina Florence Division
   Cause No. 4:17-cv-03136-RBH
   Year: 2019 | Deposition

7. Shelithia Jackson v. [John Thomas Webb]
   In the District Court of Harris County, Texas, 215th Judicial District
   Cause No. 2017-01175
   Year: 2020 | Deposition

8.  [David Lee Chapman] v. Justin Nombrana and BWB Automotive, LLLP
    In the District Court of Lubbock County, Texas, 237th Judicial District
    Cause No. 2017-526800
    Year: 2020 | Deposition

9.  Israel Moreno v. [Rock Creek Apartments]
    In the District Court of Harris County, Texas, 189th Judicial District
    Cause No. 2017-49070
    Year: 2020 | Deposition