**STATE OF TEXAS**

**COUNTY OF FORT BEND**

### BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared _William Parks_, who, being by me duly sworn, deposed as follows:

My name is _William Parks_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

"I am the custodian of the records of Fort Bend County Sheriff's Office, whose address is 1410 Richmond Parkway., Richmond, Texas 77469.  Attached hereto is **1** page of record(s) and/or **n/a** CD from the Fort Bend County Sheriff's Office pertaining **Transaction History – ARAMARK CORE Banking – Fort Bend Co Detention Facility on P00220546 Tacoma Ciera Thompson**. This said **1** page of record(s) and/or **n/a** CD are kept by the Fort Bend County Sheriff's Office in the regular course of business, and it was the regular course of business of the Fort Bend County Sheriff's Office for an employee or representative of the Fort Bend County Sheriff's Office, with knowledge of the act, event, condition, opinion, or diagnosis recorded, to make the record or to transmit information thereof to be included in the record; and the record was made at or near the time or reasonably soon thereafter.  The records attached hereto are the original or exact duplicates of the original."

_William Parks_
Affiant

SWORN TO AND SUBSCRIBED before me on the _25_ day of _Feb_, _2021_ 2021 by the Affiant, who is personally known to me.

_Daphne Marin #57_
Notary Public, State of Texas
My commission expires:

_1-23-2025_

DAPHNE T. MARIN
Notary Public, State of Texas
Comm. Expires 01-23-2025
Notary ID 10047683



Case 4:19-cv-00551   Document 61-2   Filed 02/26/21 in TXSD   Page 2 of 2

**Inmate Select**

Search: _____   [Search]

Current – Number: P00220546 Name: THOMPSON, TACOMA CIERA (INACTIVE)

Location – TE 8L 0002

**Account Select**

○ Account: _____

● All Accounts

– Group By: Transaction (By Date)

**Date Range**

☐ Use Date Range:

From: 2/18/2021

to 2/25/2021

[Refresh]

(Right-Click Grid for options)

| Date | Transaction Name | Account | Amount | Running Balance | Owed | Transaction ID | Media | Check # | Username | Drawer | Name | Note | Address |
|------|------------------|---------|--------|-----------------|------|----------------|-------|---------|----------|--------|------|------|---------|
| 4/30/2018 6:07:47 PM | TOUCHPAY KIOSK DEPOSIT | | 40.00 | 40.00 | 0.00 | 688512 | | | TOUCHPAY AUTO | | ATTALIA BOREN | TOUCHPAY TRANSACTION NUMBER: 31260127 | 811 ARLINGTON LANE Richmond, TX 7 |
| 5/2/2018 11:52:43 AM | ORDER DEBIT | | -30.27 | 9.73 | 0.00 | 689526 | | | COMMISSARY INTERFACE | | | ORDER NUMBER: 30185 | |
| 5/3/2018 7:17:33 AM | ORDER CREDIT | | 2.38 | 12.11 | 0.00 | 690347 | | | COMMISSARY INTERFACE | | | ORDER NUMBER: 30185 | |
| 5/5/2018 3:47:48 PM | TOUCHPAY KIOSK DEPOSIT | | 15.00 | 27.11 | 0.00 | 692231 | | | TOUCHPAY AUTO | | ATTALIA BORDEN | TOUCHPAY TRANSACTION NUMBER: 31260284 | 811 ARLINGTON LANE Richmond, TX 7 |
| 5/6/2018 1:09:26 PM | ORDER DEBIT | | -26.57 | 0.54 | 0.00 | 692862 | | | COMMISSARY INTERFACE | | | ORDER NUMBER: 31095 | |
| 5/7/2018 7:47:58 AM | INDIGENT KIT | | -2.99 | 0.00 | -2.45 | 693645 | | | MKE001 | IPU | | 4-29-18 @ Booking - 1 panty/2 pads given by Officer Brice | |
| 5/7/2018 5:14:38 PM | RETURN CREDIT | | 2.99 | 2.99 | -2.45 | 694150 | | | COMMISSARY INTERFACE | | | RETURN FOR ORDER #: 31095 | |
| 5/8/2018 6:28:32 PM | SECURUS PHONE TIME | | -2.00 | 0.99 | -2.45 | 694989 | | | KIOSK-kiosk019 | | | KIOSK TRANSACTION | |
| 5/9/2018 7:48:30 AM | PHONE TIME CREDIT | | 2.00 | 2.99 | -2.45 | 695195 | | | LYM001 | IPU | | PHONE INTERFACE CREDIT | |
| 5/29/2018 9:45:00 AM | INDIGENT KIT | | -16.74 | 0.00 | -16.20 | 711619 | | | JBRDECKA | IPU | | medical - panty X2 and pads | |
| 5/29/2018 9:53:04 AM | INDIGENT KIT | | -3.75 | 0.00 | -19.95 | 711661 | | | JBRDECKA | IPU | | medical - panty | |

Version: 5.9.0.11 | Database: actfas5DB | Server: ARASERVER01 | User: SAH001 | Drawer: IPU | Computer: SODG2794Z2 | Timeout: 59:59