**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TACOMA BORDEN & ATTALIA BORDEN, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H- 19-551 |
| | § | |
| FORT BEND COUNTY, TEXAS, et al., | § | |
| | § | |
| *Defendants*. | § | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion and order filed this date, the motions for summary judgment filed by defendant Shirley Rabius (Dkt. 60) and Fort Bend County and the remaining defendants (Dkt. 61) are GRANTED. The claims plaintiffs Tacoma and Attalia Borden assert against these defendants are all DISMISSED WITH PREJUDICE. The court has already dismissed the claims against the other defendants. *See* Dkts. 28, 41.

Judgment is ENTERED in favor of the defendants.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on March 31, 2021.

_____
Gray H. Miller
Senior United States District Judge